IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 Proceedings |
| PEGGY RUTH GERBER | ) |
| | ) CASE NO. 4-12-bk-19427-BMW |
| | ) |
| | ) **ORDER FOR PAYMENT OF** |
| Debtor(s) | ) **UNCLAIMED FUNDS TO THE U.S.** |
| | ) **BANKRUPTCY COURT** |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that pursuant to 347(a) of the Bankruptcy Code the Trustee pay over the amount of $9,839.86 to the Clerk of the Court to be deposited in the Registry thereof.

DATED AND SIGNED ABOVE